# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBORAH LAUBSCHER and ROBERT LAUBSCHER, as surviving parents of DANI LAUBSCHER, *Plaintiffs,* v. GWINNETT COUNTY, *Defendants.* | CIVIL ACTION FILE NO. 1:24-cv-1891-LMM |

## DEFENDANT GWINNETT COUNTY'S NOTICE OF FILING ELECTRONIC MEDIA

COMES NOW, GWINNETT COUNTY, named as Defendant in the above-captioned matter, and files the following videos on flash drive, which will be delivered to the Court and opposing counsel.

The flash drive contains Exhibit A and Exhibit B to Defendants' Brief in Support of it Motion to Dismiss, which was e-filed on the Court's CM/ECF system on July 29, 2024.

The flash drive is being served on all parties via U.S. Mail.

Respectfully submitted this 29th day of July, 2024.

## LOCAL RULE 7.1D CERTIFICATE

This submission was prepared using Century Schoolbook 13-point font.

                                        **HALL BOOTH SMITH, PC**

                                        */s/ R. David Ware*
                                        R. DAVID WARE
                                        Georgia Bar No. 737756

191 Peachtree Street, NE,       RUSSELL A. BRITT
Suite 2900                               Georgia Bar No. 473664
Atlanta, Georgia 30303          M. BLAKE WALKER
(404) 954-5000                       Georgia Bar No. 993236
dware@hallboothsmith.com     *Attorneys for Defendant*
rbritt@hallboothsmith.com
bwalker@hallboothsmith.com